**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pressure Proof Truss LLC** |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   **83-1705821**

4. **Debtor's address**

   **Principal place of business**

   **17041 NW State Rd 12**
   **Bristol, FL 32321**
   Number, Street, City, State & ZIP Code

   **Liberty**
   County

   **Mailing address, if different from principal place of business**

   **P.O. Box 502**
   **Hosford, FL 32334**
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   **17041 NW State Road 12 Hosford, FL 32334**
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor  **Pressure Proof Truss LLC**          Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3443__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **Pressure Proof Truss LLC**                                                            Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Pressure Proof Truss LLC**                                                     Case number (*if known*) _____
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Pressure Proof Truss LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  3, 2024**
MM / DD / YYYY

*X* **/s/ Robert Parrish**
Signature of authorized representative of debtor

**Robert Parrish**
Printed name

Title   **Owner**

**18. Signature of attorney**

*X* **/s/ Kathryn A. Hathaway**
Signature of attorney for debtor

Date **May  3, 2024**
MM / DD / YYYY

**Kathryn A. Hathaway**
Printed name

**Hathaway Sprague Law, P.A.**
Firm name

**P.O. Box 3005**
**Tallahassee, FL 32315**
Number, Street, City, State & ZIP Code

Contact phone   **850-425-4700**       Email address   **Notices@HathawayLaw.Net**

**622125 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Pressure Proof Truss LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  3, 2024**          X **/s/ Robert Parrish**
                                          Signature of individual signing on behalf of debtor

                                          **Robert Parrish**
                                          Printed name

                                          **Owner**
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name  **Pressure Proof Truss LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................................    $    0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................    $    887,272.49

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..............................................................................    $    887,272.49

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    111,142.75

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    48,625.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    855,942.46

4.    **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b    $    1,015,710.21

| Fill in this information to identify the case: |
|---|
| Debtor name   **Pressure Proof Truss LLC** |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                                                                 **Current value of debtor's interest**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.        **Accounts receivable**

11b. Over 90 days old:        **6,500.00**        -        **0.00**   =....        **$6,500.00**
                                       face amount                    doubtful or uncollectible accounts

11b. Over 90 days old:        **134,935.52**        -        **0.00**   =....        **$134,935.52**
                                       face amount                    doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                              | **$141,435.52** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

Debtor **Pressure Proof Truss LLC**  _____     Case number *(If known)* _____
Name

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** 3 desks and 3 Chairs | **$0.00** | **Comparable sale** | **$350.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Phones; monitors | **Unknown** | | **$50.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $400.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor  **Pressure Proof Truss LLC**                                    Case number *(If known)* _____
        Name

**47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2023 East Texas Dump Trailer (VIN 58SBD1423PE033490)**<br>**2022 East Texas Dump Trailer (VIN 58SBM2428NE030300)**<br>**2023 ETXL TL (VIN 58SGM2424PE030870)** | $27,000.00 | Recent cost | $27,000.00 |
| 47.2. | **Kubota Model M5-091HDC-1, Serial # KBUM4DDCEN8C57932**<br>**Kubota Model LA1854, Serial # B5409** | $84,000.00 | Recent cost | $84,000.00 |

**48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.    Aircraft and accessories**

**50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Titan Toll Form**
**\*\*Location - A1 Barn and Metal Superstore LLC, in Quincy, Florida**

| | | | |
|---|---|---|---|
| **Pressure Proof truss paid for this equipment** | $0.00 | Recent cost | $367,700.00 |
| **LB UP Ender - located at A-1 Barn** | Unknown | Recent cost | $20,210.00 |
| **F-3100 Folder/Shear located at A-1 Barn, 2042 Jefferson Highway, Quincy, Florida 32351** | Unknown | Recent cost | $128,515.00 |
| **Lumber/Posts located at A-1 Barn and Metal Superstore** | $0.00 | Recent cost | $6,016.00 |
| **Tools/Chest** | $0.00 | | $1,045.00 |
| **2020 Genie GTH5519 Tellahandler S/N GTH5514B-2020** | $9,027.00 | Tax records | $9,024.29 |

**51.    Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                          | $643,510.29 |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**    **Real property**

Debtor  **Pressure Proof Truss LLC**                                    Case number *(If known)* _____
        Name

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available.<br>55.1. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | **$0.00** | | **$0.00** |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| Current value of debtor's interest |
|---|

71.     **Notes receivable**
Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor  **Pressure Proof Truss LLC**                                         Case number *(If known)* _____
        Name

**Small Claims Pressure Proof Truss LLC vs. Robert Goss**                                        $6,500.00

| Nature of claim | claim for materials |
|---|---|
| Amount requested | $6,500.00 |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
     **Claim against Grazyna Rygiel for $10,000 paid by Debtor to Smith Thompson Shaw for purchase of 404 S. Shelfer Rd, Quincy Florida. Debtor believes Grazyna Rygiel converted that $10,000 for her own use, purchased the property in her own name at OR 937/Pg 1871, and subsequently sold property.**                                         $10,000.00

| Nature of claim | Conversion |
|---|---|
| Amount requested | $10,000.00 |

**Claim against Grazyna Rygiel for Shipping container paid for by Debtor, but which Grazyna Rygiel has in her possession at Parcel ID  024-1S-6W-00684-008 in Hosford, Liberty County, Florida, but which Debtor paid for.**                                         $5,099.00

| Nature of claim | for possessiojn of shipping container |
|---|---|
| Amount requested | $5,099.00 |

**Counter-claim against Energy Conscious Design and Construction, Inc. (not pled in Bay County  lawsuit) Case No. 03-2021-CC-002960CC, Bay County, Florida**                                         $77,297.00

| Nature of claim | materials |
|---|---|
| Amount requested | $77,297.00 |

**Colton Bruce Anders for theft of property from Debtor on 2-19-2024.**
**Case not yet disposed of (2024-20-CS; Liberty County), restitution pending**                                         $3,030.68

| Nature of claim | theft |
|---|---|
| Amount requested | $3,030.68 |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                         | $101,926.68 |
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor   **Pressure Proof Truss LLC**                                    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $141,435.52 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $643,510.29 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $101,926.68 | |
| 91. **Total.** Add lines 80 through 90 for each column | $887,272.49 | + 91b.  $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                    $887,272.49

**Fill in this information to identify the case:**

Debtor name  **Pressure Proof Truss LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ameris Bank** | Describe debtor's property that is subject to a lien | **$18,082.56** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**2023 East Texas Dump Trailer (VIN 58SBD1423PE033490)**
**2022 East Texas Dump Trailer (VIN 58SBM2428NE030300)**
**2023 ETXL TL (VIN 58SGM2424PE030870)**

**P.O. Box 105075**
**Atlanta, GA 30348**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2022**
**Last 4 digits of account number**
**9101**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Ameris Bank** | Describe debtor's property that is subject to a lien | $9,024.29 | $9,024.29 |
|---|---|---|---|---|

Creditor's Name

**2020 Genie GTH5519 Tellahandler S/N GTH5514B-2020**

**P.O. Box 105075**
**Atlanta, GA 30348**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/2020**
**Last 4 digits of account number**
**2101**

Debtor  **Pressure Proof Truss LLC**                                       Case number (if known) _____

Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Kubota** | Describe debtor's property that is subject to a lien | $84,035.90 | $84,000.00 |
|---|---|---|---|---|

Creditor's Name

**Kubota Model M5-091HDC-1, Serial # KBUM4DDCEN8C57932**
**Kubota Model LA1854, Serial # B5409**

**P.O. Box 2046**
**Keene, TX 76059**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**06/2023**

**Last 4 digits of account number**

**7761**

**As of the petition filing date, the claim is:**
Check all that apply

| Do multiple creditors have an interest in the same property? | |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $111,142.75

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Pressure Proof Truss LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Andy McKnown**<br>**2272 Luten Road**<br>**Quincy, FL 32352** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,000.00 | $3,350.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Customer deposit** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**City of Parker**<br>**1001 W. Parker Street**<br>**Panama City, FL 32404** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,125.00 | $3,350.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Customer deposit (2)** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Pressure Proof Truss LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**Gil Hoover**
**5717 Hoover Court**
**Tallahassee, FL 32311**

As of the petition filing date, the claim is: **$6,000.00    $3,350.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Gwen Beatty**
**1036 Bell Road**
**Havana, FL 32333**

As of the petition filing date, the claim is: **$10,500.00    $3,350.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**All South Pre-Engineered Components Co**
**c/o NCS**
**P.O. Box 24101**
**Cleveland, OH 44124**

As of the petition filing date, the claim is: *Check all that apply.*    **$63,982.13**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  <u>Allsouth Pre Engineered Components Company, LLC</u>
<u>vs. Pressure Proof Truss LLC</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address

**Ally**
**P.O. Box 9001948**
**Louisville, KY 40250**

As of the petition filing date, the claim is: *Check all that apply.*    **$55,759.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  <u>07/2021</u>

Last 4 digits of account number  <u>5005</u>

Basis for the claim:  <u>deficiency of repossessed 2021 Chevrolet 3500 VIN</u>
<u>1GB4YSEY2MF243949</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address

**Ally**
**P.O. Box 9001948**
**Louisville, KY 40290**

As of the petition filing date, the claim is: *Check all that apply.*    **$58,135.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  <u>04/2023</u>

Last 4 digits of account number  <u>9613</u>

Basis for the claim:  <u>deficiency of repossessed 2022 2500 Ram VIN</u>
<u>3C6UR5HL5NG421189</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Pressure Proof Truss LLC**                                      Case number *(if known)* _____
         Name

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,917.76** |

**Ally**
**P.O. Box 9001948**
**Louisville, KY 40290**

Date(s) debt was incurred  **8/2022**

Last 4 digits of account number  **5734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **deficiency of repossessed 2022 Ram 1500 VIN 1C6RRFFG0NN283036**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,727.00** |

**Ally**
**P.O. Box 9001948**
**Louisville, KY 40290**

Date(s) debt was incurred  **04/2023**

Last 4 digits of account number  **9514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **deficiency of repossessed 2022 Ram 2500 VIN 3C6UR5CL2NG371469**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$927.39** |

**Altus Receivables Mgmt**
**2121 Aliline Drive, Ste 520**
**Metairie, LA 70002**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid vendor invoices**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,500.00** |

**Ameris Bank**
**c/o Elan Financial Services**
**P.O. Box 790408**
**Saint Louis, MO 63179-0408**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **5125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Charge Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,843.75** |

**APEC Metal Express LLC**
**985 Technology Drive**
**Dothan, AL 36303**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **T001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unpaid vendor invoices for materials**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,307.19** |

**Caterpillar Financial Services**
**P.O. Box 730681**
**Dallas, TX 75373**

Date(s) debt was incurred  **05/2023**

Last 4 digits of account number  **3849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **deficiency of repossessed CAT Tellahandlers x 2**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139.78** |

**Clover First Data Merchant Services, LLC**
**P.O. Box 173845**
**Denver, CO 80217**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid credit card merchant fees**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Pressure Proof Truss LLC**                          Case number *(if known)* _____
          Name

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Energy Conscious Design & Construction**
**c/o Williams & Syfrett, PLLC**
**502 Harmon Avenue**
**Panama City, FL 32401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Bay County, Florida lawsuit 2021-CC-2960 suit for engineered plans.**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |

**Engineered Permits, Inc.**
**311-A South Woodland Blvd**
**Deland, FL 32720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **T001**

Basis for the claim:  **unpaid vendor invoices**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170,000.00 |

**John Deere Financial**
**P.O. Box 650215**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2023**

Last 4 digits of account number  **0811**

Basis for the claim:  **deficiency of repossessed bulldozier**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |

**Kapitus**
**2500 Wilson Blvd, Ste 350**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0911**

Basis for the claim:  **Business loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |

**Kapitus**
**2500 Wilson Blvd, Ste 350**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0021**

Basis for the claim:  **Business loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Robert J. Young Company**
**P.O. Box 306412**
**Nashville, TN 37230-6412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2023 - January 2024**

Last 4 digits of account number  **P106**

Basis for the claim:  **copier lease**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,888.03 |

**Sabel Steel Service, Inc.**
**P.O. Box 4747**
**Montgomery, AL 36103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **2354**

Basis for the claim:  **unpaid vendor invoices for materials**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Pressure Proof Truss LLC**                                        Case number (if known) _____
_____
Name

| | |
|---|---|

**3.18** | Nonpriority creditor's name and mailing address

**The Scruggs Company**
**P.O. Box 748184**
**Atlanta, GA 30374-8184**

Date(s) debt was incurred **12/23**

Last 4 digits of account number **3449**

As of the petition filing date, the claim is: Check all that apply.          **$3,108.28**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unpaid vendor invoices for concrete**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**Vulcan, Inc.**
**410 E. Berry Avenue**
**Foley, AL 36535**

Date(s) debt was incurred _

Last 4 digits of account number **7988**

As of the petition filing date, the claim is: Check all that apply.          **$1,956.13**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unpaid vendor invoices for materials**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Timothy J. Sloan, P.A.**<br>**for: City of Parker, Florida**<br>**427 McKenzie Avenue**<br>**P.O. Box 2327**<br>**Panama City, FL 32402-2327** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 48,625.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 855,942.46 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 904,567.46 |

**Fill in this information to identify the case:**

Debtor name  **Pressure Proof Truss LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of copy machine still in Debtor's possession.** | |
|---|---|---|---|
| | State the term remaining | **un** | **Robert J. Young Company** |
| | List the contract number of any government contract | | **P.O. Box 306412**<br>**Nashville, TN 37230-6412** |

**Fill in this information to identify the case:**

Debtor name        **Pressure Proof Truss LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Robert Lawrence Parrish** | **P.O. Box 502 Hosford, FL 32334** | **Kubota** | ■ D   **2.3**_____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Robert Lawrence Parrish** | **P.O. Box 502 Hosford, FL 32334** | **Ally** | ☐ D _____ <br> ■ E/F   **3.2**_____ <br> ☐ G _____ |
| 2.3 | **Robert Lawrence Parrish** | **P.O. Box 502 Hosford, FL 32334** | **Ally** | ☐ D _____ <br> ■ E/F   **3.3**_____ <br> ☐ G _____ |
| 2.4 | **Robert Lawrence Parrish** | **P.O. Box 502 Hosford, FL 32334** | **Ally** | ☐ D _____ <br> ■ E/F   **3.4**_____ <br> ☐ G _____ |
| 2.5 | **Robert Lawrence Parrish** | **P.O. Box 502 Hosford, FL 32334** | **Ally** | ☐ D _____ <br> ■ E/F   **3.5**_____ <br> ☐ G _____ |

Debtor   **Pressure Proof Truss LLC** _____        Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Robert Lawrence Parrish**   **P.O. Box 502**  **Hosford, FL 32334** | **The Scruggs Company** | ☐ D _____  ■ E/F  __3.18__  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Pressure Proof Truss LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $1,531,311.00 |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $2,510,335.30 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Pressure Proof Truss LLC**                                    Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally** P.O. Box 9001948 Louisville, KY 40250 | **2022 Dodge Ram 2500 - repossessed February 2024 2022 Dodge Ram 1500 - repossessed February 2024 2022 Dodge Ram 2500 - repossessed March 2024 2021 Chevrolet 3500 - repossessed February 2024** | | **Unknown** |
| **John Deere Financial** P.O. Box 650215 Dallas, TX 75265 | **John Deere Bulldozier** | **July 2023** | **$170,552.00** |
| **Ally** P.O. Box 9001948 Louisville, KY 40250 | **2021 Chevrolet 3500 VIN 1GB4YSEY2MF243949** | **Feb 2024** | **$64,000.00** |
| **Ally** PO Box 380902 Minneapolis, MN 55438-0902 | | | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor  **Pressure Proof Truss LLC**                                    Case number *(if known)* _____

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Energy Conscious Design and Construction, Inc. vs. Pressure Proof Truss, LLC** **21-CC-2960** | | **Bay County Florida** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Pressure Proof Truss v. Robert Goss** **23 SC 53** | **Claim for Materials** | **Liberty County, Florida** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | **Pressure Proof Truss LLC v. Energy Conscious Design and Construction** **2022 CA 000025 CAA** | **Suit for materials and labor** | **Liberty County Circuit Court** **Bristol, FL 32321** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **29 gauge AG Panel Galvalume and 35D-AG Ridge GA, both stolen out of shop** | **$ZERO** | **February 19, 2024** | **$3,030.68** |
| **Track Loader totaled in accident in August 2022** | **Loan paid of for $37,693 and check received by Debtor for $31,307** | **August 2022** | **$69,000.00** |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor  **Pressure Proof Truss LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hathaway Sprague Law, P.A. P.O. Box 3005 Tallahassee, FL 32315** | **Consultation; Attorney Fees and costs for filing** | **March 4, 2024; March 25, 2024; April 18, 2024** | **$5,388.00** |
| | **Email or website address Notices@HathawayLaw.Net** | | | |
| | **Who made the payment, if not debtor? Robert and Paula Parrish** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Tallahassee Dodge Chrysler 3987 W. Tennessee St. Tallahassee, FL 32304** | **2022 Dodge Ram 3500 traded in for a 2022 Dodge Ram 2500.** | **4-20-2023** | **$54,000.00** |
| | **Relationship to debtor none** | | | |
| 13.2. | **Tallahassee Dodge Chrysler 3897 W Tennessee Street Tallahassee, FL 32304** | **$5000 down payment on purchase of 2022 Dodge Ram 1500** | **6-17-2022** | **$55,503.00** |
| | **Relationship to debtor none** | | | |
| 13.3. | **Tallahassee CDJR 3987 W Tennessee St. Tallahassee, FL 32304** | **2022 Dodge Ram 3500 traded for 2022 Dodge Ram 2500** | **4-21-2023** | **$55,000.00** |
| | **Relationship to debtor none** | | | |

Debtor   **Pressure Proof Truss LLC**                                      Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.4. | **Coastal Jeep Ram Dodge**<br>**1724 W. Jefferson St.**<br>**Quincy, FL 32351** | **2016 Dodge 2500 traded for 2022 Jeep** | **9-1-2022** | **Unknown** |
| | Relationship to debtor<br>**none** | | | |
| 13.5. | **Southern Tractor and<br>Outdoors<br>1205 Veterans Parkway North<br>Moultrie, GA 31788** | **John Deer 5090E value 53,000<br>John Deere 4066M Value 28,000**<br><br>**traded in for New Kubota M5-091-HDC-1<br>4WD Tractor value 68,792. and<br>New Kubota LA1854 Front-Loader value<br>$9494.00** | **8-7-2023** | **$81,000.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.6. | **Tallahassee Dodge Chrysler<br>3987 W. Tennessee St.<br>Tallahassee, FL 32304** | **2019 Dodge Ram 5500 trade in value<br>$60,000  traded for a 2022 Dodge Ram<br>2500 registered in Robert Parrish's name<br>for $61890.  2022 Dodge Ram<br>subsequently traded for a 2023 Dodge<br>Longhorn (also in Robert Parrish's name)<br>which was repossessed in Nov. 2023** | **6-15-22** | **$60,000.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.7. | **Tallahassee CDJR** | **2022 Dodge Ram 2500 value $50k and<br>2022 Dodge Ram 2500 valued at $51K<br>(total pay-offs $106,940) traded for 2023<br>Dodge Ram 1500 valued at $68,300** | **2-2-23** | **$101,000.00** |
| | Relationship to debtor | | | |
| 13.8. | **Coastal Jeep Ram Dodge<br>1724 W. Jefferson St.<br>Quincy, FL 32351** | **Traded in 2016 Ram 2500 for 2022 Jeep<br>Gladiator** | **October 2022** | **$17,000.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.9. | **junked** | **2008 GMC Siena junked 12/31/23** | **12/31/23** | **$0.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.10. | **Beard Equipment<br>7566 West Tennessee Street<br>Tallahassee, FL 32304** | **Doosan Excavator value $90,000 and<br>Kubota Skid Steer Value $76,000 traded<br>for a John Deere Bulldozer (which was<br>subsequently repossessed)** | **4-12-23** | **$166,000.00** |
| | Relationship to debtor<br>**none** | | | |

Debtor    **Pressure Proof Truss LLC**                                         Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 1. | **Southern Tractor and Outdoors** 1205 Veterans Parkway North Moultrie, GA 31788 | **Sold Kubota Track Hoe for $75,000 on 7-11-23 (subject to loan)** | **7-11-23** | **$0.00** |
| | Relationship to debtor none | | | |
| 13.1 2. | **Ag-Pro John Deere** 2890 Industrial Drive Tallahassee, FL 32301 | **John Deer Tractor valued $23,769 and MF Tractor with bushhog, auger and pallet fork value $25,383, traded for John Deere 4066M Tractor** | **8-1-22** | **$49,152.00** |
| | Relationship to debtor none | | | |
| 13.1 3. | **Coastal Jeep Ram Dodge** 1724 W. Jefferson St. Quincy, FL 32351 | **Sold 2022 Jeep Gladiator to dealer for pay-off $41,325.** | **2-28-23** | **$0.00** |
| | Relationship to debtor none | | | |

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Debtor  **Pressure Proof Truss LLC**                                    Case number *(if known)*

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Ameris Bank**<br>**P.O. Box 105075**<br>**Atlanta, GA 30348** | **XXXX-7463** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **February 27, 2024** | **$1,849.56** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Robert J. Young Company**<br>**P.O. Box 306412**<br>**Nashville, TN 37230-6412** | **Office at**<br>**17041 NW State Road 12**<br>**Bristol, FL 32321** | **Copy machine** | **Unknown** |

---

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

| Debtor | **Pressure Proof Truss LLC** | Case number *(if known)* | |

---

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Carr Riggs & Ingram LLC**<br>**4267 Lafayette Street**<br>**Marianna, FL 32446** | **Yearly tax preparation for 2021, 2022 and 2023** |
| 26a.2. | **Paula Parrish**<br>**P.O. Box 502**<br>**Hosford, FL 32334** | **Owner's wife paid bills and balanced bank accounts since inception of business** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **Pressure Proof Truss LLC**                    Case number *(if known)*

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Paula Parrish**<br>**P.O. Box 502**<br>**Hosford, FL 32334** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert L. Parrish | P.O. Box 502<br>Hosford, FL 32334 | Owner | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

Debtor    **Pressure Proof Truss LLC**                                    Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor  **Pressure Proof Truss LLC**                                      Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  3, 2024**

| **/s/ Robert Parrish** | **Robert Parrish** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor   **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Florida

In re **Pressure Proof Truss LLC**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **Robert and Paula Parrish**

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods and up to 2 stay relief actions resolved at preliminary hearing.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors at a 2004 examination, in any dischargeability actions, 707(b) defenses, Motions to Redeem, Petitions to Cancel Judgments,  or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  3, 2024**
*Date*

**/s/ Kathryn A. Hathaway**
**Kathryn A. Hathaway**
*Signature of Attorney*
**Hathaway Sprague Law, P.A.**
**P.O. Box 3005**
**Tallahassee, FL 32315**
**850-425-4700  Fax: 850-425-4704**
**Notices@HathawayLaw.Net**
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Florida

In re  **Pressure Proof Truss LLC**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May  3, 2024**

**/s/ Robert Parrish**

**Robert Parrish**/**Owner**
Signer/Title

Pressure Proof Truss LLC
P.O. Box 502
Hosford, FL 32334

Andy McKnown
2272 Luten Road
Quincy, FL 32352

John Deere Financial
P.O. Box 650215
Dallas, TX 75265

Kathryn A. Hathaway
Hathaway Sprague Law, P.A.
P.O. Box 3005
Tallahassee, FL 32315

APEC Metal Express LLC
985 Technology Drive
Dothan, AL 36303

Kapitus
2500 Wilson Blvd, Ste 350
Arlington, VA 22201

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Caterpillar Financial Services
P.O. Box 730681
Dallas, TX 75373

Kubota
P.O. Box 2046
Keene, TX 76059

All South Pre-Engineered Components Co
c/o NCS
P.O. Box 24101
Cleveland, OH 44124

City of Parker
1001 W. Parker Street
Panama City, FL 32404

Robert J. Young Company
P.O. Box 306412
Nashville, TN 37230-6412

Ally
P.O. Box 9001948
Louisville, KY 40250

Clover First Data Merchant Services, LLC
P.O. Box 173845
Denver, CO 80217

Robert L. Parrish
P.O. Box 502
Hosford, FL 32334

Ally
P.O. Box 9001948
Louisville, KY 40290

Energy Conscious Design & Construction
c/o Williams & Syfrett, PLLC
502 Harmon Avenue
Panama City, FL 32401

Robert Lawrence Parrish
P.O. Box 502
Hosford, FL 32334

Altus Receivables Mgmt
2121 Aliline Drive, Ste 520
Metairie, LA 70002

Engineered Permits, Inc.
311-A South Woodland Blvd
Deland, FL 32720

Sabel Steel Service, Inc.
P.O. Box 4747
Montgomery, AL 36103

Ameris Bank
P.O. Box 105075
Atlanta, GA 30348

Gil Hoover
5717 Hoover Court
Tallahassee, FL 32311

The Scruggs Company
P.O. Box 748184
Atlanta, GA 30374-8184

Ameris Bank
c/o Elan Financial Services
P.O. Box 790408
Saint Louis, MO 63179-0408

Gwen Beatty
1036 Bell Road
Havana, FL 32333

Timothy J. Sloan, P.A.
for: City of Parker, Florida
427 McKenzie Avenue
P.O. Box 2327
Panama City, FL 32402-2327

Vulcan, Inc.
410 E. Berry Avenue
Foley, AL 36535

# United States Bankruptcy Court
## Northern District of Florida

In re   **Pressure Proof Truss LLC**

                                                   Debtor(s)

Case No. _____

Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pressure Proof Truss LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Robert L. Parrish**
**P.O. Box 502**
**Hosford, FL 32334**

☐ None [*Check if applicable*]

**May  3, 2024**
Date

**/s/ Kathryn A. Hathaway**
**Kathryn A. Hathaway**
Signature of Attorney or Litigant
Counsel for   **Pressure Proof Truss LLC**
**Hathaway Sprague Law, P.A.**
**P.O. Box 3005**
**Tallahassee, FL 32315**
**850-425-4700 Fax:850-425-4704**
**Notices@HathawayLaw.Net**